UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 22-40026-659 |
| TERRENCE R LEE ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| Debtor ) | December 1, 2022  11:00 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF 1ST AMENDED PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. The schedules state no back child support is due to Jereeka Hamm and lists the "debt" as $0, but the plan provides for payment of $12,000 to Jereeka Hamm as a priority debt. [Because there are no secured creditors or attorney fees to be paid under the plan, payment of the debt as a priority claim under paragraph 3.8 rather than as a DSO claim in equal monthly payments under 3.3E is not detrimental to the creditor if there is a priority DSO claim owed to Jereeka Hamm.]
2. The 341 statement under penalty of perjury did not contain a statement that Debtor made all child support payments due after filing the bankruptcy petition, therefore Debtor must file a statement with the Court making this recitation. Local Rule 3015-4-C. Documents 58 and 60 do not contain the required statement.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: December 06, 2022       /s/ Diana S. Daugherty
                               Diana S. Daugherty
OBJCONFAF--DSD                 Standing Chapter 13 Trustee
                               P.O. Box 430908
                               St. Louis, MO  63143
                               (314) 781-8100  Fax: (314) 781-8881
                               trust33@ch13stl.com

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on December 06, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on December 06, 2022.

TERRENCE R LEE
1217 NECTAR DR
SAINT LOUIS, MO  63137

/s/ Diana S. Daugherty
Diana S. Daugherty